UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT L. BROWN,

                    Plaintiff,

        v.

DAVIS PONZOHA,

                    Defendant.

Case No.  C04-5492RJB

ORDER ADOPTING
REPORT AND
RECOMMENDATION

The Court, having reviewed Plaintiffs' complaint, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    This action is **DISMISSED WITH PREJUDICE.**

(3)    Clerk is directed to send copies of this Order to plaintiff, counsel for defendant, and to the Hon. Karen L. Strombom.

DATED this 25th day of April, 2005.

Robert J. Bryan
United States District Judge

ORDER
Page - 1